**GT NEXUS, INC., a Delaware Corporation, Plaintiff– Appellee**

v.

**INTTRA, INC., a Delaware Corporation, Defendant– Appellant**

**2016-1267**

United States Court of Appeals, Federal Circuit.

October 11, 2016

---

BORIS FELDMAN, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, argued for plaintiff-appellee. Also represented by ROBIN L. BREWER, STEFANI E. SHANBERG, San Francisco, CA.

MICHAEL JOHN LYONS, Morgan, Lewis & Bockius LLP, Palo Alto, CA, argued for defendant-appellant. Also represented by AHREN CHRISTIAN HSU-HOFFMAN, DAVID VINCENT SANKER, LINDSEY M. SHINN, WALTER SCOTT TESTER; THOMAS M. PETERSON, San Francisco, CA.

(Newman, Lourie, and Dyk, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**